FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALFREDO LOPEZ JIMENEZ, | No. 4:25-CV-5048-RLP |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| ERIKA SANCHEZ GUARNEROS | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulation indicating that this matter should be dismissed. ECF No. 21. The parties represent that the minor child, L.M.L.S., has been returned to Mexico and the matter of custody is before the court in Mexico.

Accordingly, **IT IS ORDERED:**

1. Pursuant to the Stipulation, ECF No. 21, this action is **DISMISSED** with prejudice and without additional fees or costs.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and CLOSE the file.

**DATED** August 27, 2025.

                                              REBECCA L. PENNELL
                                              United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2